AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00560 |
| Joseph Irwin | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 8/12/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Joseph Irwin_____,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in a Restricted Building or Grounds and Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __08/12/2021__

Digitally signed by G. Michael Harvey
Date: 2021.08.12 11:03:01 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/12/21, and the person was arrested on *(date)* 8/17/21
at *(city and state)* Cecilia, KY.

Date: 8/17/21

*Arresting officer's signature*

Joshua Powers SA
*Printed name and title*