# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-cr-589 (TFH) |
| : | |
| **JOSEPH IRWIN,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace Assistant United States Attorney Amanda Jawad as lead counsel on the case, and AUSA Jawad should be removed from the case.

Respectfully submitted,

DATED: May 12, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov