UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH IRWIN.,**<br><br>            **Defendants.** | Criminal Action No.  21-589 (TFH) |

**PRE-TRIAL ORDER**

In accordance with the matters discussed during the September 19, 2022 videoconference hearing in this case, and in order to administer the trial of this case in a manner that is fair and just to the parties and is consistent with the goal of completing the trial in the most efficient manner, it is hereby

ORDERED that counsel shall comply with each of the following procedures and requirements:

1.      TRIAL.  The trial date is tentatively set for **February 14, 2022 at 9:30 a.m.** in a courtroom to be determined according to the applicable courthouse protocols regarding the on-going COVID-19 pandemic.

2.      PRE-TRIAL MOTIONS.  The parties shall file any pre-trial motions, including motions to suppress and motions *in limine*, on or before **November 14, 2022**; oppositions shall be filed by **November 25, 2022**; and replies shall be filed by **December 2, 2022**.  Argument on any pre-trial motions will be heard at the pre-trial motions hearing on **December 8, 2022 at 10:00 a.m.**

**SO ORDERED.**

September 21, 2022

                                                  Thomas F. Hogan
                                        United States District Judge