UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-589 (TFH) |
| | : | |
| JOSEPH IRWIN, | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S WAIVER OF JURY TRIAL

Comes the Defendant, Joseph Irwin, by counsel, and pursuant to Rule 23 of the Federal Rules of Criminal Procedure, waives a jury trial herein.

/s/ Chastity R. Beyl
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

### CERTIFICATE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Chastity R. Beyl