Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   21-589   (RDM)

JOSEPH IRWIN   Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  1/4/2023  from  Judge Thomas F. Hogan  to  Judge Randolph D. Moss  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Thomas F. Hogan   & Courtroom Deputy
      Judge Randolph D. Moss   & Courtroom Deputy
      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk