UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-589 (RDM) |
| | : | |
| JOSEPH IRWIN, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S NOTICE OF ADVICE OF RIGHTS
### UNDER THE SPEEDY TRIAL ACT AND AGREEMENT TO TOLL TIME

Pursuant to the Court's Minute Order dated January 11, 2023, the undersigned has consulted with the Defendant, Joseph Irwin (herein after "Mr. Irwin" or "Defendant"), and advised him of his rights pursuant to the Speedy Trial Act, 18 USC §3161. Understanding those rights and in light of the present circumstances, Mr. Irwin agrees to the tolling of time under the Speedy Trial Act.

/s/ Chastity R. Beyl
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525


/s/ Aaron Dyke
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525


Counsel for Defendant.

## CERTIFICATE

I hereby certify that on January 11, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.