# TIMOTHY M. HOUCHIN, M.D.

## Summary of Expert Testimony 2018 - 2023

| | |
|---|---|
| **Commonwealth v. Lewis, Fayette Circuit Court**<br>Criminal case; Dept of Public Advocacy (DPA) | **2023** |
| **Nina Colvin, as parent and statutory guardian**<br>     **On behalf of W.M.C., minor, v. Outer Loop**<br>     **Child Care, Inc. and Ramiah Berri Douglas,**<br>     **Jefferson Circuit Court, Div. 7-CI-006638**<br>Civil case; Defense; Boel Stoper & Graves | **2023** |
| **Commonwealth v. Carr, Boyle Circuit Court**<br>Criminal case; DPA | **2022** |
| **Josephine Erwin, et al., v. Gregory Bridges, et al.**<br>     **Deposition and subsequent trial testimony**<br>Civil case; Defense; Cetrulo Law | **2022** |
| **Landa et al. v. IC Bus, Carroll Circuit Court**<br>Civil case; Defense; Frost Brown Todd Law | **2022** |
| Commonwealth v. Sabbooba, Fayette Circuit Court<br>Criminal case; DPA | 2021 |
| Commonwealth v. Lewis, Fayette Circuit Court<br>Criminal case; DPA | 2021 |
| Commonwealth v. Carrier, Fayette Circuit Court<br>Criminal case; DPA | 2020 |
| Commonwealth v. Cox, Fayette Circuit Court<br>Criminal case; DPA | 2018 |
| Commonwealth v. Harris, Fayette Circuit Court<br>Criminal case; DPA | 2018 |

DEFENDANT'S EXHIBIT B