UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
:
v.    :    Case No. 21-cr-589-RDM
:
JOSEPH IRWIN and    :
JOHN JOSEPH RICHTER,    :
:
Defendants.    :

## Government Exhibit List
## as of March 10, 2024

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| | **100 Series – General Capitol** | | | |
| 101 | Restricted Perimeter | 1/22/2024 | 1/22/2024 | USCP Thomas Lloyd<br><br>STIP |
| 102 | Aerial Capitol Photo | 1/22/2024 | 1/22/2024 | USCP Thomas Lloyd<br><br>STIP |
| 103 | House Recording Video Certification DOJ affidavit | | | |
| 104 | Diego Torres, Certificate of Authenticity Senate Recording | | | |
| 105 | Senate Concurrent Resolution | | | |
| 106 | 3 USC 15 | | | |
| 107 | 3 USC 16 | | | |
| 108 | 3 USC 17 | | | |
| 109 | 3 USC 18 | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 110 | Constitution, 12 Amendment | | | |
| 111 | Congressional record CREC-2021-01-06 | | | |
| 112 | USSS-1 – Notification to USCP | | | |
| 112.1 | USSS HOS Notification – Vice President Pence 01.06.21 (REDACTED) | | | |
| 113 | Bike Racks and Area Closed Signs | | | |
| 113.1 | Bike Racks and Area Closed Signs 2 | | | |
| 113.2 | Bike Racks and Area Closed Signs 3 | 1/22/2024 | 1/22/2024 | USCP Thomas Lloyd STIP |
| 113.3 | Bike Racks and Area Closed Signs 4 | | | |
| 113.4 | Bike Racks and Area Closed Signs 5 | | | |
| 114 | USCP 6 Minute Montage with Radio Runs | | | |
| 115 | House and Senate Official Proceeding Video | | | |
| 116 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 117 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 118 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 119 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 120 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 121 | *Intentionally Left Blank* | N/A | N/A | N/A |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 122 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 123 | Still images VP Pence presiding | | | |
| 124 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 125 | Map of First Floor of Capitol | 1/22/2024 | 1/22/2024 | USCP Thomas Lloyd STIP USCP Justin Cohen, ID only |
| 126 | Map of Second Floor of Capitol | 1/22/2024 | 1/22/2024 | USCP Thomas Lloyd STIP |
| 127 | Annotated Map | 1/22/2024 | 1/22/204 | USCP Thomas Lloyd |
| 128 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 129 | Parliamentarian door pic | | | |
| 130 | Closure of West Front Order | | | |
| 131 | U.S. Capitol & Grounds 3D Rending | 1/22/2024 1/23/2024 | 1/22/2024 | USCP Thomas Lloyd  USCP Justin Cohen, ID only, 1/22/2024  FBI S/A Joshua Powers, |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| | | | | ID only, 1/23/2024 |
| 132 | West Front Timelapse | | | |
| **200 Series – M500 Series – Defendant Material, Miscellaneous & Stipulations** | | | | |
| 200 | STIP, 1/22/2024 | | 1/22/2024 | STIP |
| 201 | Video of then-President Trump Speech | | 1/22/2024 | STIP |
| 201.1 | CSPAN Footage of Trump Speech [600-711] | | 1/22/2024 | STIP |
| 201.2 | CSPAN Footage of Trump Speech [1520-1620] | | 1/22/2024 | STIP |
| 201.3 | CSPAN Footage of Trump Speech [3724-3802] | | 1/22/2024 | STIP |
| 201.4 | CSPAN Footage of Trump Speech [4936-4957] | | 1/22/2024 | STIP |
| 202 | Mendoza -- Padilla Trial Testimony | | 1/22/2024 | STIP |
| 202.1 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 202.2 | 202.2.mp4 | | 1/22/2024 | STIP |
| 202.3 | 202.3.pdf | | 1/22/2024 | STIP |
| 202.4 | 202.4.pdf | | 1/22/2024 | STIP |
| 202.5 | 202.5.pdf | | 1/22/2024 | STIP |
| 202.6 | 202.6.pdf | | 1/22/2024 | STIP |
| 202.7 | 202.7.pdf | | 1/22/2024 | STIP |
| 203 | Hawa -- St. Cyr Trial Testimony | | 1/22/2024 | STIP |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 203.1 | 203.1.pdf | | 1/22/2024 | STIP |
| 203.2 | 203.2.pdf | | 1/22/2024 | STIP |
| 203.3 | 203.3.mp4 | | 1/22/2024 | STIP |
| 204 | Schwager -- Hostetter Trial Testimony | | 1/22/2024 | STIP |
| 204.1 | 204.1.mp4 | | 1/22/2024 | STIP |
| 204.2 | 204.2.pdf | | 1/22/2024 | STIP |
| 204.3 | 204.3.pdf | | 1/22/2024 | STIP |
| 204.4 | 204.4.pdf | | 1/22/2024 | STIP |
| 204.5 | 204.5.pdf | | 1/22/2024 | STIP |
| 204.5 | 204.5.pdf | | 1/22/2024 | STIP |
| 204.6 | 204.6.pdf | | 1/22/2024 | STIP |
| 204.7 | 204.7.pdf | | 1/22/2024 | STIP |
| 204.8 | 204.8.pdf | | 1/22/2024 | STIP |
| 204.9 | 204.9.pdf | | 1/22/2024 | STIP |
| **300 Series – CCTV and Senate Footage** | | | | |
| 301 | 2021_01_06_ISOCAM8_SENFL.mp4 | | | |
| 302 | 2021_01_06_ISOCAM6_SENFL_1.mp4 (15:00:00 PM – 15:10:00 PM EST Only) | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 303 | 2021_01_06_ISOCAM5_SENFL_1.mp4 (15:00:00 PM – 15:10:00 PM EST Only) | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 304 | 2021_01_06_ISOCAM4_SENFL_2.mp4 | | | |
| 305 | 2021_01_06_ISOCAM1_SENFL.mp4 (15:00:00 PM – 15:10:00 PM EST Only) | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 306 | SEN_FL_010621_1230_1329_TC.mp4 | | | |
| 307 | SEN_FL_010621_1329_1414_TC.mp4 | | | |
| 308 | CCTV Motorcade Moving East Side of the Capitol Video | | | |
| 309 | CCTV evacuation of VP Pence Video | | | |
| 310 | USCP Radio Runs.mp4 | | | |
| 311 | USCP Radio Runs Transcripts.pdf | | | |
| 312 | Senate Fire Door | 3/11/24 | 3/11/24 | Powers |
| 313 | Senate Fire Door 2 | 3/11/24 | 3/11/24 | Powers |
| 314 | *Intentionally Left Blank* | | | |
| 315 | North Door Appt. Desk | 1/22/2024 | 1/22/2024 | USCP Justin Cohen STIP |
| 316 | West Stairs | 3/11/24 | 3/11/24 | Powers |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 317 | Senate Carriage Door | 3/11/24 | 3/11/24 | Powers |
| 318 | Senate Carriage Door 2 | | | |
| 319 | Senate Carriage Door 3 | | | |
| 320 | Upper Sen Door Elevators | | | |
| 321 | Hallway by Majority Whip Office | | | |
| 322 | Northwest Stairs | 3/11/24 | 3/11/24 | Powers |
| 323 | Northwest Courtyard | | | |
| 324 | West Front | 3/11/24 | 3/11/24 | Powers |
| **400 Series – Third Party and Open Source Footage** | | | | |
| 401 | Brumidi Corridor | 1/22/2024 | 1/22/2024 | USCP Justin Cohen STIP |
| 402 | March to Capitol | | | |
| 403 | Trump Speech | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 404 | Brumidi Corridor 2 | 3/11/24 | 3/11/24 | Powers |
| 405 | Speech | | | |
| 406 | Speech 2 | | | |
| 407 | Senate Floor | | | |
| 408 | NW Courtyard | 1/23/2024 | 1/23/2024 | FBI SA Powers |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 409 | Rally | | | |
| 410 | Brumidi Corridor 3 | 3/11/24 | 3/11/24 | Powers |
| 411 | NW Scaffolding | 1/23/2024 | 1/23/2024 | FBI SA Powers |
| 412 | NW Courtyard 2 | 1/23/2024 | 1/23/2024 | FBI SA Powers |
| 413 | NW Courtyard 3 | 1/23/2024 | 1/23/2024 | FBI SA Powers |
| 414 | Parliamentarian's Door | | | |
| 415 | Parliamentarian's Door 2 | | | |
| 416 | Parliamentarian's Door 3 | | | |
| 417 | Parliamentarian's Door 4 | | | |
| 418 | Parliamentarian's Door 5 | | | |
| 419 | Brumidi 4 | | | |
| 420 | Stairs | 3/11/24 | 3/11/24 | Powers |
| 421 | Brumidi 5 | 3/11/24 | 3/11/24 | Powers |
| 422 | Senate Chamber | 3/11/24 | 3/11/24 | Powers |
| 423 | Brumidi 6 | | | |
| 424 | Senate Chamber 2 | | | |
| 425 | Senate Chamber 3 – New Yorker (6:00 - 9:21) | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 425.1 | Screenshot of Ex 452 | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 426 | East Front | | | |
| 426.1 | NW Courtyard 4 | | | |
| 427 | NW Courtyard 5 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 428 | *Intentionally Blank* | N/A | N/A | N/A |
| 429 | Brumidi 7 | | | |
| 430 | Brumidi 8 | 3/11/24 | 3/11/24 | Powers |
| 431 | NW Courtyard 6 | | | |
| 432 | Exit | 3/11/24 | 3/11/24 | Powers |
| 433 | Hager_237_20210106_142954.mp4 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.1 | Ex. 433.1_1.35 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.2 | Ex. 433.2_1.40 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.3 | Ex. 433.3_1.41 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.4 | Ex. 433.4_1.46 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.5 | Ex. 433.5_1.50 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.6 | Ex. 433.6_1.58 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 433.7 | Ex. 433.7_2.30 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| | | | | Powers |
| 433.8 | Ex. 433.8_2.32 | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 434 | Scaffolding | 3/11/24 | 3/11/24 | Powers |
| **500 Series – Defendant Material** | | | | |
| 501 | Irwin Richter Senate Floor | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw

FBI S/A Joshua Powers ( ID only) |
| 502 | Rally | | | |
| 503 | Irwin Richter Selfie Washington Monument | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 504 | Richter Washington Monument with Flag | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 505 | Irwin Senate Floor Video | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 506 | Irwin with Officer on Senate Floor | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 507 | Selfie Richter and Irwin on senate floor | 3/11/24 | 3/11/24 | Powers |
| 508 | Selfie Richter and Irwin West Front | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 509 | Selfie Irwin with Officers in Capitol | 1/22/2024 | 1/22/2024 | USCP Justin Cohen |
| 510 | Rioter Breaking Parliamentarian's Door | 1/23/2024 | 1/23/2024 | FBI S/A Joshua |

10

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| | | | | Powers |
| 511 | Selfie Richter and Irwin Brumidi Corridor | | | |
| 512 | Selfie Irwin and Richter on Senate Floor | 1/23/2024 | 1/23/2024 | USCP Keith Robishaw |
| 513 | Irwin Interview Transcript | 3/11/24 | 3/13/24 | Powers |
| 514 | Irwin Interview Video | | | |
| 515 | Richter Interview Video | | | |
| 516 | Irwin and Partington Texts p.1 | 3/11/24 | 3/11/24 | Powers |
| 517 | Irwin and 3047 Texts | | | |
| 518 | Irwin and Richter Texts p. 390 - 3/11/24 - p. 129, messages 1 thru 3; p. 130, message 1 thru 3; p. 131, messages 1 thru 3; p. 378, message 1; p. 384, message 1; p. 386, message 1; p. 432, messages 1 thru 3; p. 433, messages 1 thru 3; p. 434, messages 1 thru 3; p. 435, messages 1 thru 3; p. 442, messages 1 thru 2; p. 443, messages 1 thru 2; p. 451, message 1; p. 456, message 3; p. 460, message 1 p. 461, message 2; p. 473, message 1; p. 474, messages 2 to 3; p. 476, message 1; p. 476, message 2; p. 477-478, all messages; p. 480, message 3; p. 481, messages 2 thru 3; p. 482, messages 1; p. 482, message 2; p. 486, message 3; | 1/23/2024 p 588-591 p. 593- 598 p. 600 p. 607 p. 609 p. 610 p. 626-628 p. 782-785 p. 809-910 | 1/23/2024 3/11/24 | FBI S/A Joshua Powers |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| | p. 487, messages 2 thru 3; p. 492, message 3; p. 493, messages 1 thru 2; p. 495, message 2; p. 496, messages 1 thru 3; p. 497, messages 1 thru 3; p. 498, messages 1 thru 2; p. 499, messages 1 thru 3; p. 500, messages 1 thru 2; p. 503-506, all messages; p. 507, messages 1 thru 2; p. 508, message 2; p. 544, messages 1; p. 544, message 2; p. 558, messages 2 thru 3; p. 559, messages 1 thru 2; p. 564, messages 1 thru 3; p. 565, message 1; p. 570, messages 1 thru 2; p. 573, message 1; p. 574, messages 2-3 | | | |
| 519 | Irwin and Samantha S Texts  p. 5 & 6 IRwin only | 3/11/24 | 3/11/24 | Powers |
| 520 | Irwin and Susie Texts | | | |
| 521 | Irwin and 8295 Texts  p. 2, message 1  p. 8-10 - 3/11/24 Irwin | 1/23/2024  *As to Irwin only | 1/23/2024 | FBI S/A Joshua Powers |
| 522  3/11/24 | Irwin and ShyAnne Texts  p.1, messages 1-2, p. 4, message 2  p. 8-13 & 17-24 | 1/23/2024  *As to Irwin only | 1/23/2024 | FBI S/A Joshua Powers |
| 523 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 524 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 525 | IMG_8280 (LMT online pic of gun point House Chamber) | 3/11/24 | ( | Powers |
| 526 | IMG_7865 (JoethePatriot re reparations-racism) | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 527 | IMG_7479 (Screenshot of status re J6 attendees were patriots) | 3/11/24 | | Powers |
| 528 | IMG_5467 (Screenshot list of text threads) | | | |
| 529 | FAA02 (Email screenshot Epoch Times re Nat'l Guard-USMS) | | | |
| 530 | IMG_5924 (Screenshot of weather app J6) | | | |
| 531 | A040 (Richter tweet re angry-ready to fight) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 532 | 4EB (Tweet re SCOTUS Justices) | | | |
| 533 | IMG_5869 (Screenshot re Maga Cavalry J6 Map) | | | |
| 534 | 7952 (Irwin selfie in green sweatshirt) | | | |
| 535 | 20A2D (Screenshot of googling gas masks) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 536 | IMG_5849 (Screenshot of googling black American flag) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 537 | 2944 (Screenshot re Insurrection Act) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 538 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 539 | 7768 (Painting of revolutionaries) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 540 | D0E8 (DJT tweet re election fraud) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 541 | 23DD (DJT Tweet re election fraud-lg) | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 542 | 7B79 (Qanon post re walk thru darkness to see light) | | | |
| 543 | B6A11 (Long post re Electoral College Vote process) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 544 | EEE224 (Screenshot of SCOTUS brief re election fraud) | | | |
| 545 | IMG_5767 (Screenshot re your PPL could die) | | | |
| 546 | IMG_5724 (Dominion connection map) | | | |
| 547 | F886 (Tweet re AZ Hrg re Dominion) | | | |
| 548 | IMG_57222 (Tweet re AZ Hrg re Dominion) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 549 | C0A43 (Tweet re put away harsh rhetoric) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 550 | 854BE (DJT Tweets re Biden results) | | | |
| 551 | CE49E (DJT Tweet re corrupt media) | | | |
| 552 | IMG_0455 (Meme re Dominion Voting) | | | |
| 553 | IMG_5670 (DJT Tweet I won the election) | | | |
| 554 | BAB65B2C3B25 (Meme re Trump Biden Fight Animals) Video | | | |
| 555 | IMG_3976 (Screenshot re googling election results map) | | | |
| 556 | IMG_3977 (Screenshot re election result percents) | | | |
| 557 | IMG_5695 (Tweet re Nat'l Guard | | | |

14

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
|  | Deploy re election) |  |  |  |
| 558 | IMG_5648 (Qanon post re nat'l security – 2017) |  |  |  |
| 559 | IMG_5647 (Qanon post re nat'l security - 2017) |  |  |  |
| 560 | IMG_5410 (Richter pic with Trump 2020 sign) |  |  |  |
| 561 | 16EE ( Meme re shitstorm inbound) |  |  |  |
| 562 | IMG_3106 (Screenshots of texts ShyAnne re Trump rally KY) |  |  |  |
| 563 | RPReplay Final1611007317 (Online post re New Yorker Sham Video) |  |  |  |
| 564 | IMG_6006 (Irwin clip carrying black flag near Wash Monument 1) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 565 | IMG_6005 (Irwin clip carrying black flag near Washington Monument2) | 3/11/24 | 3/11/24 | Powers |
| 566 | IMG_6005 (Irwin clip carrying black flag near Washington Monument3) |  |  |  |
| 567 | IMG_5977 (Irwin Richter selfie garage) | 3/11/24 | 3/11/24 | Powers |
| 568 | 58626 (Richter video of black flag – it's ready boy1) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 569 | EA53AA758626 (Richter video of black flag – it's ready boy2) |  |  |  |
| 570 | IMG_5793 (Richter selfie video loading ammo into gun) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 571 | Bbf97afceb3d4d47b4eb9c1329f7848c (Richter – our job-DC) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 572 | 123_2 (Meme re Biden in graveyard) | | | |
| 573 | 123_1 (Meme re recount states) | | | |
| 574 | 0612 (Qanon post re POTUS authority) | | | |
| 575 | IMG_4933.HEIC (Able with USA etching) | | | |
| 576 | IMG_4985.HEIC (Able Upgrade) | 1/23/2024 *As to Irwin only | 1/23/2024 | FBI S/A Joshua Powers |
| 577 | IMG_5040.HEIC (Richter with black flag – pic from behind him) | 3/11/24 | 3/11 | Powers |
| 578 | IMG_5052.HEIC (Richter with black flag near Wash Monument) | 3/11/24 | 3/11 | " |
| 579 | IMG_5098.HEIC (Able Shadowbox) | 3/11/24 | 3/11/24 | Powers |
| 580 | IMG_5855.HEIC (Richter pic holding back USA flag) | | | |
| 581 | IMG_5877.HEIC (Meme re Pence counting electoral college votes) | 1/23/2024 | 1/23/2024 | FBI Joshua Powers |
| 582 | IMG_6520.HEIC (Able shadowbox – diff angle) | | | |
| 583 | Lin Wood Tweet 1776 (pg 403) | | | |
| 584 | Clapper Video (stick) | 3/11 | 3/11 | Powers |
| 585 | Irwin Military Records | | | |
| 586 | Richter Military Records | | | |
| 587 | Irwin VA Records | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 588 | Clapper PTSD/Fireworks | 3/11/24 | 3/11/24 | Powers |
| 589 | Richter VA Records | | | |
| 589.1 | Richter VA Records | | | |
| 591 | call log as to Mr. Irwin | 3/13/24 | 3/13/24 | Powers |
| 600 Series – BWC | | | | |
| 601 | Officer Perkins BWC | | | |
| 602 | Arabia BWC | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 603 | Varone BWC | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 604 | Devlin BWC | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 605 | Reed BWC | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 606 | Welsh BWC | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 606.1 | 606.1_2.31 | | | |
| 700 Series – Physical Evidence | | | | |
| 701 | Flagpole | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 800 Series – SW Material | | | | |
| 801 | Irwin Pole | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 802 | Green Jacket Back Irwin | | | |
| 803 | Baseball Cap Top Irwin | | | |
| 804 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 805 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 806 | Baseball Cap Top Irwin | | | |
| 807 | Baseball Cap Bottom Irwin | | | |
| 808 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 809 | *Intentionally Left Blank* | N/A | N/A | N/A |
| 810 | Irwin FBI Search Sign in log sheet | | | |
| 811 | Irwin FD-26 Consent to search Toyota 4 Runner | | | |
| 812 | Irwin FD597Redacted | | | |
| 813 | Irwin FD-674a - Photo log 3 pages | | | |
| 814 | Irwin FD-886 - Evidence Collected Item Log | | | |
| **900 Series – Enhanced** | | | | |
| 901 | NW Courtyard call outs 2 (source: Ex 408) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 902 | Entry into Building with Call Outs (source: Ex 412) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 903 | Senate Floor Irwin Speech (source: Ex 303 side by side with Ex 505) | 3/11/24 | 3/11/24 | Powers |
| 904 | VP Pence Evacuation Montage | | | |

| Exhibit Number | Description of Exhibit | Marked for I.D. | Received in Evidence | Witness |
|---|---|---|---|---|
| 905 | Entry into the Building (source: Ex 313 side by side with Ex 316) | 3/11/24 | 3/11/24 | Powers |
| 906 | NW Courtyard call outs 2 (source: Ex 408) | | | |
| 907 | Brumidi Corridor (source: Ex 410) | 3/11/24 | 3/11/24 | Powers |
| 908 | West Front with call outs (source: Ex 411) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 909 | Marching with poles with call outs (source: Ex 426) | | | |
| 910 | Senate Stairs side-by-side with call outs (source: Ex 312-left-Ex 420-right) | 3/11/24 | 3/11/24 | Powers |
| 911 | NW Courtyard (side by side with CCTV) | 1/23/2024 | 1/23/2024 | FBI S/A Joshua Powers |
| 912 | Ex 606 call outs | 3/11/24 | 3/11/24 | Welch |

19

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: */s/ Ashley Akers*
Ashley Akers
Trial Attorney
MO Bar No. 69601
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 352-0521
Email: Ashley.Akers@usdoj.gov