UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN JOSEPH RICHTER, et al.,<br><br>Defendants. | Case No. 21-cr-589-2 (RDM) |

**GOVERNMENT'S UNOPPOSED MOTION FOR BRIEF EXTENSION
OF DEADLINE TO RESPOND TO DEFENDANT RICHTER'S
SUPPLEMENTAL BRIEFING RE: AIDING AND ABETTING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a one-week extension, through and including April 5, 2024, to file its response to Defendant John Joseph Richter's Supplemental Briefing Re: Aiding and Abetting (ECF 141). Should the Court grant this motion, the government further requests that Defendant Richter also have an additional week to file any reply to the government's response. The government has conferred with counsel for the defendant, who does not oppose.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Siege Section
MO Bar No. 69601
601 D Street, N.W.
Washington, D.C. 20530
202-353-0521
Ashley.Akers@usdoj.gov

SAMANTHA R. MILLER
MATTHEW VIGEANT
Assistant United States Attorneys