UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589 (RDM) |
| | : | |
| **JOSEPH IRWIN,** | : | |
| **JOHN JOSEPH RICHTER,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S RESPONSE TO COURT'S ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's October 17, 2024 Minute Order. The Court ordered the government to file a notice clarifying its position as to whether it would seek a new trial should the Court vacate the defendants' convictions on Count One in light of *United States v. Fischer*, 144 S. Ct. 2176 (2024).

If the Court vacates the convictions under Count One, as the government believes is the appropriate course of action given *Fischer*, Count One would remain outstanding and must be resolved either by trial or, if the defendants desire, a guilty plea. If the defendants do not enter a guilty plea, the government intends to proceed with retrial on Count One.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   /s/ *Ashley Akers*
ASHLEY AKERS
Senior Trial Counsel
Capitol Siege Section Detailee
MO Bar No. 69601
601 D Street, N.W.

1

Washington, D.C. 20530  
202-353-0521  
Ashley.Akers@usdoj.gov