UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-cr-589 (RDM) |
| | : | |
| JOSEPH IRWIN, | : | |
| | : | |
| and | : | |
| | : | |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| Defendants. | : | |

## NOTICE

The undersigned, on behalf of the United States of America, respectfully submits this notice to the Court regarding Count One of the Second Superseding Indictment. At the Status Conference on November 22, 2024, on request of the government, ECF No. 165 at 5, the Court vacated the defendants' Count One convictions in light of the Supreme Court's decision in *United States v. Fischer*, 144 S. Ct. 2176 (2024). At the Status Conference, the Court requested that the government inform the Court, by November 26, 2024, whether the government intended to seek retrial on Count One following the vacatur of those convictions. In light of the discussion at the November 21, 2024 status conference, the government notes, in the interest of justice and judicial economy and to facilitate the sentencing of the defendants for their conduct, that it does not intend to seek with retrial on Count One. As such, the government is prepared to proceed with sentencing on December 20, 2024.

Respectfully submitted,

DATED: November 25, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS

MO Bar No. 69601  
Trial Attorney, Detailee  
1100 L Street NW  
Washington, DC 20005  
(202) 353-0521  
Ashley.Akers@usdoj.gov