UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

CRIMINAL ACTION NO. 1:21-CR-589-RDM
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

JOSEPH IRWIN,                                                                     DEFENDANT.

### DEFENDANT JOSEPH IRWIN'S REPLY IN SUPPORT OF MOTION TO STRIKE UNTIMELY OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT, OR IN THE ALTERNATIVE, TO CONTINUE THE DECEMBER 20TH SENTENCING HEARING

Comes the Defendant, Joseph Irwin (hereinafter "Mr. Irwin," or, in the alternative, "Defendant"), by counsel, and in reply in support of his Motion to Strike Untimely Objection to the Presentence Report, or in the Alternative, to continue the December 20th Sentencing Hearing, states as follows.

Mr. Irwin adopts and incorporates the arguments set forth in his Sentencing Memo on this issue as if set forth fully herein. ECF 191 at pp. 5-7. Mr. Irwin further adopts and incorporates the arguments set forth in Mr. Richter's Reply in Support of his Motion to Strike Untimely Objection to the Presentence Report, or in the Alternative, to continue the December 20th Sentencing Hearing, as if set forth fully herein.

                                                                                           s/ Chastity R. Beyl
                                                                                           Assistant Federal Defender
                                                                                           200 Theatre Building
                                                                                           629 Fourth Avenue
                                                                                           Louisville, Kentucky 40202
                                                                                           (502) 584-0525

                                                                                           Counsel for Defendant.

## **CERTIFICATE**

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Chastity R. Beyl