UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589 (RDM) |
| | : | |
| JOSEPH IRWIN and | : | |
| JOHN JOSEPH RICHTER, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION
FOR CONTINUANCE OF SENTENCING**

The United States, by and through undersigned counsel, respectfully responds to defendants' motion to continue sentencing, ECF No. 200. Sentencing in this matter is currently set for January 22, 2024 at 3 p.m. In the defendants' motion, they represent that is "impossible" to complete the sentencing at the scheduled time and date, given a lengthy list of issues that need to be resolved at the sentencing, in addition to the potential for a government witness to be called at the sentencing hearing on an issue that was raised at the previously scheduled sentencing hearing.

Aside from the potential witness who may be called in the government's presentation, defense counsel was well-aware of the other anticipated issues that would arise at sentencing, and nevertheless agreed on the scheduled date and time for sentencing. In fact, the Court worked around counsels' schedules to pick that date and time. And rather than propose additional times of availability, noting little specificity in support of their unavailability, defense counsel asserts they have other work commitments and thus cannot continue the sentencing the following day or the following week.

Undersigned counsel remains confident, given her extensive experience in handling sentencings in January 6 cases, including cases that are highly contested and involve similar issues

1

as here, that, if the Court starts sentencing earlier in the day, the sentencing can be concluded on January 22, as scheduled. Additionally, depending on the Court's schedule, the government remains available to go beyond 5 p.m. on January 22. To the extent that the Court does not have availability earlier in the day on January 22, the Court should schedule an additional period of time for sentencing on that same week or the following week.[1] Although defense counsel represents that he will be attending the 2025 Federal Defender and CJA Panel Attorney District Representatives Conference in Los Angeles from January 27-31, 2025, the panel appears to begin on January 29, 2025,[2] and the government remains available on January 27 and January, 28, 2025 for any spill over of the sentencing hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:    /s/  *Ashley Akers*
ASHLEY AKERS
Senior Trial Counsel
Capitol Siege Section
MO Bar No. 69601
601 D Street, N.W.
Washington, D.C. 20530
202-353-0521
Ashley.Akers@usdoj.gov

---

[1] It would be highly prejudicial to the government to extend sentencing beyond that date. Putting aside the numerous extensions that defense has already been granted and the extensive defendant-requested delays throughout the pendency of this case, undersigned counsel, who has been the lead attorney on this case since its inception, will be in a new role outside of the Department of Justice in the near future. Undersigned counsel planned her end date at DOJ specifically in order to permit her to handle this sentencing. Although she can delay that end date slightly, any significant delay would require another attorney to get up-to-speed on this procedurally complex case in order to handle sentencing. Notably, the second chair on the trial has already left the Department.

2 *See* https://web.cvent.com/event/44903d5e-e9f6-48bd-b954-aa76b1fbfc9c/summary.